UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE AYALA,<br><br>    Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>    Defendant. | Case No.: 21-cv-01719-JLS-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 5]** |

Presently before the Court is a Joint Motion for Extension of Time (ECF No. 5). In the joint motion, which was filed on October 29, 2021, the parties request that the Court grant Defendant a three-week extension of the October 27, 2021 deadline for Defendant to file a responsive pleading to the Complaint. (*Id.* at 2.) The parties represent that Defendant "recently retained counsel" and that "this additional time will prove beneficial in allowing Defendant to review and investigate the claims at issue prior to responding to the Complaint." (*Id.*)

Under Federal Rule of Civil Procedure 6(b)(1)(B), when a motion to extend a deadline is made after the deadline has already expired, the court may, for good cause, extend the deadline "if the party failed to act because of excusable neglect." Here, the parties fail to acknowledge that the deadline they seek to extend has already passed and consequently, fail to provide excusable neglect for their untimely motion.

Nevertheless, for good cause shown, the parties' joint motion is hereby **GRANTED**. Defendant shall file a responsive pleading to the Complaint on or before **November 17, 2021**. The parties are cautioned against further failure to comply with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge