Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
PHONE 619-894-8831
Fax: 866-444-7026
Email: Ahren.Tiller@blc-sd.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE AYALA,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant | Case No.: 3:21-cv-01719-JLS-AGS<br><br><br><br>NOTICE OF SETTLEMENT |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff SETH KOEUT ("Plaintiff") and COMENITY BANK ("COMENITY"), have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice within thirty

1  (30) days or less. In light of the settlement, Plaintiff respectfully requests the
2  Court vacate all future hearings and deadlines in this case.
3
4  Dated: December 1, 2021          By:    BLC Law Center, APC
5
6                                          *s/ Ahren A. Tiller*
                                            ahren.tiller@blc-sd.com
7                                           Ahren A. Tiller
                                            Attorneys for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On December 1, 2021, I served the following documents:

(1)    NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

☒ June Grace Felipe -
   felipeg@cmtlaw.com, arreolar@cmtlaw.com, kaminskid@cmtlaw.com, messerc@cmtlaw.com, zimmerj@cmtlaw.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 1, 2021         By:    BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com
Ahren A. Tiller
Attorneys for Plaintiff