Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
PHONE 619-894-8831
Fax: 866-444-7026
Email: Ahren.Tiller@blc-sd.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE AYALA,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant | Case No.: 3:21-cv-01719-JLS-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><br>Hon. Janis L. Sammartino |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff BONNIE AYALA ("Plaintiff") hereby voluntarily dismisses all claims and the entire case against Defendant COMENITY BANK, with prejudice.

　　　In support of said dismissal, Plaintiff avers as follows:

　　　On October 4, 2021, Plaintiff filed the operative Complaint.

1       As of the date of this Notice, Defendant COMENITY BANK has not filed an answer nor a motion for summary judgment, nor a counterclaim.

      On December 1, 2021, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's claims against Defendant COMENITY BANK subject to the execution of a confidential agreement (ECF No. 7). The Parties have since fully resolved the Matter.

      WHEREAS, Plaintiff now seeks to have all claims against Defendant COMENITY BANK, and the entire case dismissed with prejudice.

Dated: December 17, 2021       By:    BLC Law Center, APC

                                                        *s/ Ahren A. Tiller*
Attorney for Plaintiff
ahren.tiller@blc-sd.com

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On December 17, 2021, I served the following documents:

1. NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

- June Grace Felipe - felipeg@cmtlaw.com, arreolar@cmtlaw.com, kaminskid@cmtlaw.com, messerc@cmtlaw.com, zimmerj@cmtlaw.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 17, 2021      By:   BLC Law Center, APC

*s/ Ahren A. Tiller*
Attorney for Plaintiff
ahren.tiller@blc-sd.com